**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **CHICAGO & VICINITY LABORERS'** )<br>**DISTRICT COUNCIL PENSION FUND,** )<br>**CHICAGO & VICINITY LABORERS'** )<br>**DISTRICT COUNCIL WELFARE FUND,** )<br>**CHICAGO & VICINITY LABORERS'** )<br>**DISTRICT COUNCIL RETIREE HEALTH** )<br>**AND WELFARE FUND, and CATHERINE** )<br>**WENSKUS, not individually but as** )<br>**Administrator of the Funds,** )<br> )<br>         **Plaintiffs,** )<br> )<br>   **v.** )<br> )<br>**ALLIANCE DEMOLITION & EXCAVATION** )<br>**SERVICES INC., an Illinois corporation** )<br>**formerly d/b/a ALLIANCE DEMOLITION** )<br>**SERVICES, INC. and also d/b/a ALLIANCE** )<br>**DEMOLITION & EXCAVATING, INC., an** )<br>**Illinois corporation,** )<br> )<br>         **Defendants.** ) | **Case No.**  25-14920<br><br>**Judge:** |

## COMPLAINT

NOW COME Plaintiffs, Chicago & Vicinity Laborers' District Council Pension Fund "Pension Fund"), Chicago & Vicinity Laborers' District Council Welfare Fund ("Welfare Fund"), Chicago & Vicinity Laborers' District Council Retiree Health & Welfare Fund ("Retiree Welfare Fund"), and Catherine Wenskus, not individually but as Administrator of the Funds, (collectively the "Funds"), by their attorneys Patrick T. Wallace, Amy N. Carollo, G. Ryan Liska, and Sara S. Schumann, and for their Complaint against Alliance Demolition & Excavation Services Inc. formerly d/b/a Alliance Demolition Services, Inc. and also d/b/a Alliance Demolition & Excavating, Inc., state as follows:

1

## COUNT I

### (Failure to Pay Benefit Contributions)

1.    Jurisdiction is based on Sections 502(e)(1) and (2) and 515 of the Employee Retirement Income Security Act of 1974 ("ERISA"), as amended, 29 U.S.C. §§1132 (e)(1) and (2) and 1145, Section 301(a) of the Labor Management Relations Act ("LMRA") of 1947 as amended, 29 U.S.C. §185(a), 28 U.S.C. §1331, and federal common law.

2.    Venue is proper pursuant to Section 502(e)(2) of ERISA, 29 U.S.C. §1132(e)(2), and 28 U.S.C. §1391 (a) and (b).

3.    The Funds are multiemployer benefit plans within the meanings of Sections 3(3) and 3(37) of ERISA. 29 U.S.C. §1002(3) and 37(A). They are established and maintained pursuant to their respective Agreements and Declarations of Trust in accordance with Section 302(c)(5) of the LMRA. 29 U.S.C. § 186(c)(5). The Funds have offices and conduct business within this District.

4.    Plaintiff Catherine Wenskus ("Wenskus") is the Administrator of the Funds, and has been duly authorized by the Funds' Trustees to act on behalf of the Funds in the collection of employer contributions owed to the Funds and to the Construction and General District Council of Chicago and Vicinity Training Fund, and with respect to the collection by the Funds of amounts which have been or are required to be withheld from the wages of employees in payment of Union dues for transmittal to the Construction and General Laborers' District Council of Chicago and Vicinity (the "Union"). With respect to such matters, Wenskus is a fiduciary of the Funds within the meaning of Section 3(21)(A) of ERISA, 29 U.S.C. §1002(21)(A).

5.    Defendants Alliance Demolition & Excavation Services Inc., formerly d/b/a Alliance Demolition Services, Inc. and, upon information and belief, also d/b/a Alliance

Demolition & Excavating, Inc. (hereinafter "Alliance" or the "Company"), are Illinois corporations. The Company does business within this District, and was at all times relevant herein an employer within the meaning of Section 3(5) of ERISA, 29 U.S.C. §1002(5), and Section 301(a) of the LMRA, 29 U.S.C. §185(c).

6.     The Union is a labor organization within the meaning of 29 U.S.C. §185(a). The Union, Laborers' Local Union No. 225 and the Company entered into an Independent Construction Industry Collective Bargaining Agreement on July 1, 2007 which binds the Company to all existing and successive area-wide Collective Bargaining Agreements, the most recent of which went into effect on June 1, 2021 ("Agreement"). A copy of the Company's Independent Construction Industry Collective Bargaining Agreement which adopts and incorporates the area-wide negotiated Collective Bargaining Agreements and also binds the Company to the Funds' respective Agreements and Declarations of Trust is attached hereto as Exhibit A.

7.     The Funds have been duly authorized to serve as collection agents for the Union in that the Funds have been given the authority to collect from employers union dues which should have been or have been deducted from the wages of covered employees. Further, the Funds have been duly authorized by the Construction and General Laborers' District Council of Chicago and Vicinity Training Fund (the "Training Fund"), the Midwest Construction Industry Advancement Fund ("MCIAF"), the Mid-American Regional Bargaining Association Industry Advancement Fund ("MARBA"), the Chicagoland Construction Safety Council (the "Safety Fund"), the Laborers' Employers' Cooperation and Education Trust ("LECET"), the Concrete Contractors Association ("CCA"), the CDCNI/CAWCC Contractors' Industry Advancement Fund (the "Wall & Ceiling Fund"), the CISCO Uniform Drug/Alcohol Abuse Program ("CISCO"), the Laborers' District Council Labor Management Committee Cooperative ("LDCLMCC"), the Will Grundy

Industry Trust Advancement Fund ("WGITA"), the Illinois Environmental Contractors Association Industry Education Fund ("IECA Fund"), the Illinois Small Pavers Association Fund ("ISPA"), and the Chicago Area Independent Construction Association ("CAICA" or collectively with all other funds identified in this Paragraph as "Ancillary Funds") to act as an agent in the collection of contributions due to those Funds.

8.      The Agreement and the Funds' respective Agreements and Declarations of Trust obligate the Company to make contributions on behalf of its employees covered by the Agreement for pension benefits, health and welfare benefits, and/or benefits for the training fund and to submit monthly remittance reports in which the Company, *inter alia*, identifies the employees covered under the Agreement and the amount of contributions to be remitted to the Funds on behalf of each covered employee.  The Company is obligated to pay between 10% liquidated damages on late-paid contributions, 20% liquidated damages on late-paid, Pension, Welfare, Retiree Welfare and Training Fund contributions, plus interest at a rate of 12% compounded monthly from the date the contributions were due until the contributions are paid.

9.      The Agreement and the Funds' respective Agreements and Declarations of Trust requires the Company to submit its books and records to the Funds on demand for an audit to determine benefit contribution compliance.

10.      The Agreement and the Funds' respective Agreements and Declarations of Trust require the Company to obtain and maintain a surety bond to guaranty the payment of future wages, pension and welfare benefits.

11.      Notwithstanding the obligations imposed by the Agreement and the Funds' respective Agreements and Declarations of Trust, the Company has:

(a)     failed to submit and/or pay benefit reports and contributions for the period of August 2025 forward, thereby depriving the Pension Fund of information and income necessary to administer the Fund;

(b)     failed to submit and/or pay benefit reports and contributions for the period of August 2025 forward, thereby depriving the Welfare Fund of information and income necessary to administer the Fund;

(c)     failed to submit and or pay benefit reports and contributions for the period of August 2025 forward, thereby depriving the Retiree Welfare Fund of information and income necessary to administer the Fund; and

(d)     failed to submit benefit reports and contributions for the period of August 2025 forward, thereby depriving the Training Fund of information and income necessary to administer the Fund.

12.     The Company's actions in failing to submit timely payment of benefit contributions reports violates Section 515 of ERISA, 29 U.S.C. §1145.

13.     If the Funds are required to file suit to collect contributions, the Company must post an increased surety bond for future wages and contributions in accordance with Fund policy.

14.     The Company's actions in failing to make timely reports and contributions violates Section 515 of ERISA, 29 U.S.C. §1145, and Section 301 of the LMRA.  29 U.S.C. §185 and federal common law interpreting ERISA, 29 U.S.C. §1132 (g)(2).

15.     Pursuant to Section 502(g)(2) of ERISA, 29 U.S.C. §1132 (g)(2), Section 301 of the LMRA, 29 U.S.C. §185, federal common law, and the terms of the Agreement and the Funds' respective Trust Agreements, Company is liable to the Funds for delinquent contributions,

liquidated damages, interest, audit costs, reasonable attorneys' fees and costs, and such other legal and equitable relief as the Court deems appropriate.

WHEREFORE, Plaintiffs respectfully request this Court enter a judgment in favor of the Plaintiffs and jointly and severally against Alliance Demolition & Excavation Services Inc. formerly d/b/a Alliance Demolition Services, Inc. and also d/b/a Alliance Demolition & Excavating, Inc. as follows:

a.      ordering the Company to submit and pay benefit reports and contributions for the period of August 2025 forward and to submit to an audit for the period of January 1, 2023 forward;

b.      entering judgment in sum certain in favor of the Funds and against Company on the amounts due and owing pursuant to the audit including contributions, interest, liquidated damages and audit costs;

c.      awarding Plaintiffs its reasonable attorneys' fees and costs;

d.      ordering the Company to obtain and maintain a surety bond as required by the Agreement and the Funds' respective Agreements and Declarations of Trust; and

e.      awarding Plaintiffs any further legal and equitable relief as the Court deems appropriate.

## COUNT II

### (Failure To Pay Union Dues)

16.     Plaintiffs reallege paragraphs 1 through 15 of Count I.

17.     Pursuant to agreement, the Funds have been duly designated to serve as collection agents for the Union in that the Funds have been given the authority to collect from employers union dues which should have been or have been deducted from the wages of covered employees.

18.     Dues reports and contributions are due by the 10th day following the month in which the work was performed.  Dues reports and contributions which are not submitted in a timely fashion are assessed liquidated damages.

19.     Notwithstanding the obligations imposed by the Agreement, the Company failed to withhold and/or submit payment of dues for the period of October 2025 forward thereby depriving the Union of information and income.

20.     Pursuant to the Agreement, Company owes the dues, liquidated damages, plus audit costs, and reasonable attorneys' fees and costs as the Union's collection agent, and such other legal and equitable relief as the Court deems appropriate.

WHEREFORE, Plaintiffs respectfully request that this Court enter judgment jointly and severally against Alliance Demolition & Excavation Services Inc. formerly d/b/a Alliance Demolition Services, Inc. and also d/b/a Alliance Demolition & Excavating, Inc. as follows ordering the Company to submit reports and payment of union dues for the period of October 2025 forward, submit the Company's books and records to an audit on demand for the period of January 1, 2023 forward, enter judgment on all amounts owed for the period of January 1, 2023 forward together with all interest, liquidated damages, accumulated liquidated damages on late-paid reports, audit costs, and attorneys' fees and costs; and any other legal and equitable relief as the Court deems appropriate.

## COUNT III

### (Failure To Submit Benefit Contributions)

21.     Plaintiffs reallege paragraphs 1 through 15 of Count I and paragraphs 17 through 20 of Count II.

22.     Notwithstanding the obligations imposed by the Agreement and the Funds' respective Agreements and Declarations of Trust, the Company has:

(a)     failed to submit $46,971.90 in benefit contributions due to the Pension Fund for the audit period of October 1, 2018 through December 31, 2022 (a true and accurate copy of the audit is attached hereto as Exhibit B), thereby depriving the Pension Fund of information and income necessary to administer the Fund;

(b)     failed to submit $36,189.38 in benefit contributions due to the Welfare Fund for the audit period of October 1, 2018 through December 31, 2022, thereby depriving the Welfare Fund of information and income necessary to administer the Fund;

(c)     failed to submit $16,632.32 in benefit contributions due to the Retiree Welfare Fund for the audit period of October 1, 2018 through December 31, 2022, thereby depriving the Retiree Welfare Fund of information and income necessary to administer the Fund;

(d)     failed to submit $2,867.04 in benefit contributions due to the Training Fund for the audit period of October 1, 2018 through December 31, 2022, thereby depriving the Training Fund of information and income necessary to administer the Fund;

(e)     failed to submit $553.36 in benefit contributions due to the LDCLMCC Fund for the audit period of October 1, 2018 through December 31, 2022, thereby depriving the LDCLMCC Fund of information and income necessary to administer the Fund; and

(f)     failed to submit $227.86 in benefit contributions due to the LECET Fund for the audit period of October 1, 2018 through December 31, 2022, thereby depriving the LECET Fund of information and income necessary to administer the Fund; and

23.     Pursuant to the terms of the Agreement and the Funds' respective Agreements and Declarations of Trust, the Company owes $20,987.15 in liquidated damages, $3,577.98 in audit

costs, plus interest pursuant to the findings on the audit for the period of October 1, 2018 through December 31, 2022.

24.     The Company's actions in failing to submit payment of benefit contributions violates Section 515 of ERISA, 29 U.S.C. §1145.

WHEREFORE, Plaintiffs respectfully request that judgment be entered in their favor and jointly and severally against Defendants Alliance Demolition & Excavation Services Inc. formerly d/b/a Alliance Demolition Services, Inc. and also d/b/a Alliance Demolition & Excavating, Inc. as follows:

a.     entering judgment in favor of the Funds and against Defendants in the amount of due on the audit for the period of October 1, 2018 through December 31, 2022 including benefit contributions, liquidated damages, interest, audit costs, and Plaintiffs' reasonable attorneys' fees and costs; and

b.     awarding Plaintiffs any further legal and equitable relief as the Court deems appropriate.

## COUNT IV

### (Failure To Submit Dues)

25.     Plaintiffs reallege paragraphs 1 through 15 of Count I and paragraphs 17 through 20 of Count II.

26.     Notwithstanding the obligations imposed by the Agreement, the Company has failed to submit payment of $3,768.94 in dues on the audit for the period of October 1, 2018 through December 31, 2022, plus $376.89 in liquidated damages.

WHEREFORE, Plaintiffs respectfully request that this Court enter judgment in favor of Plaintiffs and jointly and severally against Defendants Alliance Demolition & Excavation Services

Inc. formerly d/b/a Alliance Demolition Services, Inc. and also d/b/a Alliance Demolition & Excavating, Inc.:

    a. entering judgment in favor of Plaintiffs and against the Company for $3,768.94 in dues on the audit for the period of October 1, 2018 through December 31, 2022 and $376.89 in liquidated damages, plus audit costs and Plaintiffs' reasonable attorneys' fees and expenses; and

    b. awarding Plaintiffs any additional legal and equitable relief as the Court deems appropriate.

December 9, 2025
                        Chicago & Vicinity Laborers' District Council
                        Pension and Welfare Funds et al.,

                        By: /s/ Patrick T. Wallace

Patrick T. Wallace
Laborers' Pension and Welfare Funds
Office of Fund Counsel
11465 W. Cermak Road
Westchester, IL 60154
(708)562-0200



# CONSTRUCTION & GENERAL LABORERS
# DISTRICT COUNCIL OF CHICAGO AND VICINITY
### AFFILIATED WITH THE LABORERS INTERNATIONAL UNION OF NORTH AMERICA
**999 McCLINTOCK DRIVE • SUITE 300 • BURR RIDGE, IL 60527 • PHONE: 630/655-8289 • FAX: 630/655-8853**

## INDEPENDENT CONSTRUCTION INDUSTRY COLLECTIVE BARGAINING AGREEMENT

It is hereby stipulated and agreed by and between _Alliance Demolition Serv... Inc._ ("Employer") and the Construction and General Laborers' District Council of Chicago and Vicinity, Laborers' International Union of North America ("Union"), representing and encompassing its affiliated Local Unions, including Local Nos. 1, 2, 4, 5, 6, 25, 75, 76, 96, 118, 149, 152, 225, 269, 288, 582, 681, 1001, 1035, 1092, together with any other Local Unions that may come within its jurisdiction ("Local Unions"), and encompassing the geographic areas of Cook, Lake, DuPage, Will, Grundy, Kendall, Kane, McHenry and Boone counties, Illinois, that:

1. **Recognition.** The Employer recognizes the Union as the sole and exclusive collective bargaining representative for the employees now and hereinafter employed in the Laborer bargaining unit with respect to wages, hours and other terms and conditions of employment. If majority recognition previously was granted under Section 9(a) of the Act, it shall remain in effect. Otherwise, recognition under Section 9(a) of the Act shall automatically be granted to the Union without the need for a Board certified election upon the Union's demonstration that a majority of the employees have designated the Union as their exclusive bargaining representative. The Employer has not assigned its rights for purposes of collective bargaining with the Union to any person, entity or association, and hereby revokes its prior assignment of bargaining rights, if any. The Employer further voluntarily elects not to assign such bargaining rights to any person, entity or association during the term of this Agreement or any extension hereof, without written approval from the Union. The Employer shall abide by this Agreement, and all extensions hereof, provided that it employs at least one Laborer during the term of this Agreement or the term of any extension hereof.

2. **Labor Contract.** The Employer affirms and adopts the applicable Collective Bargaining Agreement(s), as designated by the Union, between the Union and the Builders Association, the Chicago Area Independent Construction Association, the Chicago Area Rail Contractors Association, the Chicago Area Scaffolding Association, the Chicago Demolition Contractors' Association, the Concrete Contractors Association of Greater Chicago, the Contractors Association of Will and Grundy Counties, the Fox Valley Associated General Contractors, the Gypsum Drywall Contractors of Northern Illinois/Chicagoland Association of Wall and Ceiling Contractors, the Illinois Environmental Contractors Association, the Illinois Road and Transportation Builders Association, the Illinois Small Pavers Association, the Lake County Contractors Association, the Mason Contractors Association of Greater Chicago, the Underground Contractors Association, and all other employer associations with whom the Union or its affiliated Local Unions have an agreement. If the applicable Collective Bargaining Agreement(s) expire during the term of this Agreement, any limitation on the right to strike shall also expire until a successor labor agreement has been established, which shall be incorporated retroactively herein. This Agreement supersedes all contrary terms in the applicable Collective Bargaining Agreement(s).

3. **Total economic increase.** The Employer shall pay its employees a total economic increase of $2.90 per hour effective June 1, 2006; $3.00 per hour effective June 1, 2007; $3.00 per hour effective June 1, 2008 and $3.10 per hour effective June 1, 2009, said amounts to be allocated between wages, fringe benefits and other funds by the Union in its sole discretion. Effective June 1, 2006, the minimum wage rate shall be $31.55 per hour.

4. **Dues Checkoff.** The Employer shall deduct from the wages of employees uniform initiation fees, assessments, membership dues, and working dues in the amount of 1.75% of gross wages or such other amount as directed by the Union, and shall remit monthly to the designated Union office the sums so deducted, together with an accurate list showing the employees from whom dues were deducted, the employees' individual hours, gross wages and deducted dues amounts for the monthly period, not later than the tenth (10th) day of the month following the month for which said deductions were made.

5. **Work Jurisdiction.** This Agreement covers all work within the applicable Collective Bargaining Agreements and all work within the Union's trade and geographic jurisdiction as set forth in the Union's Statement of Jurisdiction, as amended from time to time, which are incorporated by reference into this Agreement. The Employer shall assign all work described therein to this Union-represented Laborer employees and acknowledges the appropriateness of such assignment. Neither the Employer nor its work assignments as required under this Agreement shall be stipulated or otherwise subject to adjustment by any jurisdictional disputes board or mechanism except upon written notice by and direction of the Union.

6. **Subcontracting.** The Employer, whether acting as a contractor, general manager or developer, shall not contract or subcontract any covered work to be done at the site of construction, alteration, painting or repair of a building, structure or other work to any person, corporation or entity not signatory to and covered by a collective bargaining agreement with the Union. This obligation applies to all tiers of subcontractors performing work at the site of construction. If the Employer contracts or subcontracts any such covered work to any person or proprietor who is not signatory to this Agreement, the Employer shall require such subcontractor to be bound by all the provisions of this Agreement, or the Employer shall maintain daily records of the subcontractor's or the subcontractor's Employees jobsite hours and be liable for payments to the Health and Welfare Department of Construction and General Laborers' District Council of Chicago and Vicinity, the Laborers' Pension Fund, and the Construction and General Laborers' District Council of Chicago and Vicinity Joint Apprentice and Training Trust Fund. The Employer shall further assume the obligations of its subcontractors for prompt payment of employees' wages and other benefits required under this Agreement, including reasonable attorneys' fees incurred in enforcing the provisions hereof.

7. **Fringe Benefits.** The Employer agrees to pay the amounts that it is bound to pay under said Collective Bargaining Agreements to the Health and Welfare Department of The Construction and General Laborers' District Council of Chicago and Vicinity, the Laborers' Pension Fund-(including Laborers' Excess Benefit Funds), the Fox Valley Benefit Funds, the Construction and General Laborers' District Council of Chicago and Vicinity Apprentice and Training Trust Fund, the Chicago Area Laborers-Employers Cooperation Education Trust, the LDC/LMCC, and to all other designated Union-affiliated benefit and labor-management funds (the "Funds"), and to become bound by and be considered a party to the agreements and declarations of trust creating the Funds as if it had signed the original copies of the trust instruments and amendments thereto. The Employer ratifies and confirms the appointment of the employer trustees who shall, together with their successor trustees, carry out the terms and conditions of the trust instruments. The Employer further affirms that all prior contributions paid to the Welfare, Pension, Training and other Funds were made by duly authorized agents of the Employer at all proper rates, and evidence the Employer's intent to be bound by the trust agreements and Collective Bargaining Agreements in effect when the contributions were made, acknowledging the report form to be a sufficient instrument in writing to bind the Employer to the applicable collective bargaining agreements.

8. **Contract Enforcement.** All grievances arising hereunder shall, at the Union's discretion, be submitted to the Chicago District Council Grievance Committee for final and binding disposition in lieu of another grievance committee, provided that deadlocked grievances shall be submitted to final and binding arbitration upon timely demand. Should the Employer fail to comply within ten (10) days with any binding grievance award, whether by grievance committee or arbitration, it shall be liable for all costs and legal fees incurred by the Union to enforce the award. Notwithstanding anything to the contrary, nothing herein shall limit the Union's right to strike or withdraw its members because of non-payment of wages and/or fringe benefit contributions, failure by the Employer to timely remit dues to the Union, or non-compliance with a binding grievance award. The Employer's violation of any provision of this paragraph will give the Union the right to take any other legal and economic action, including but not limited to all remedies at law or equity. It is expressly understood and agreed that the Union's right to take economic action is in addition to, and not in lieu of, its rights under the grievance procedures. Where necessary to correct contract violations, or where no acceptable steward is currently employed, the Union may appoint and place a steward from outside the workforce at all job sites.

9. **Successors.** In the event of any change in the ownership, management or operation of the Employer's business or substantially all of its assets, by sale or otherwise, it is agreed that as a condition of such sale or transfer that the new owner or manager, whether corporate or individual, shall be fully bound by the terms and conditions of this Agreement. The Employer shall provide no less than ten (10) days' prior written notice to the Union of the sale or transfer and shall be obligated for all expenses incurred by the Union to enforce the terms of this paragraph.

10. **Termination.** This Agreement shall remain in full force and effect from June 1, 2006 (unless dated differently below) through May 31, 2010, and shall continue thereafter unless there has been given written notice, by certified mail by either party hereto, received no less than sixty (60) nor more than ninety (90) days prior to the expiration date, of the desire to modify or amend this Agreement through negotiations. In the absence of such notice the Employer and the Union agree to be bound by the new applicable association agreement(s), incorporating them into this Agreement and extending this Agreement for the life of the newly negotiated agreements, and thereafter for the duration of successive agreements, unless and until timely notice of termination is given not less than sixty (60) nor more than ninety (90) days prior to the expiration of each successive Collective Bargaining Agreement.

11. **Execution.** The signatory below warrants his or her receipt of the applicable Collective Bargaining Agreement(s) and authorization from the Employer to execute this Agreement, without fraud or duress, and with full knowledge of the obligations and undertakings contained herein. The parties acknowledge and accept the facsimile signatures on this Agreement as if they were the original signatures.

Dated: _July 1_, 20 _07_

**ACCEPTED:**

Laborers' Local Union No. _225_

By: _(signature)_

CONSTRUCTION AND GENERAL LABORERS'
DISTRICT COUNCIL OF CHICAGO AND VICINITY

By: _James P. Connolly, Business Manager_

By: _Frank Riley, President & Secretary-Treas._

For Office Use Only: _____

Effective June 1, 2006     **WHITE - LOCAL UNION     •     CANARY - TRUST FUND     •     PINK - DISTRICT COUNCIL     •     GOLD - EMPLOYER**

_Alliance Demolition Services, Inc._
(Employer)

FEIN No._____

By: _Ryan Jensen - President_
(Print Name and Title)

_(Signature)_

_3459 Riley Rd_
(Address)

_Lansing, IL 60438_
(City, State and Zip Code)

_708-418-70_ _'0_
(Telephone/Telefax)

EXHIBIT A

# LABORERS' PENSION & WELFARE FUNDS
## SUMMARY OF AMOUNTS OWED

EMPLOYER: Alliance Demolition Services

Audit Period: 10/1/18-12/31/22

CODE: 34763

| PERIOD | HOURS | WELFARE | RATE | RETIREE WELFARE | RATE | PENSION | RATE | TRAINING FUND | RATE | DUES | LMCC | RATE | LECET | RATE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **DUES ONLY** | | | | | | | | | | | | | | | |
| 10/1/18-5/31/19 | 357.00 | | | | | | | | | 582.40 | 60.69 | 0.17 | 24.99 | 0.07 | 668.08 |
| 6/1/19-5/31/20 | 703.50 | | | | | | | | | 1,189.22 | 119.60 | 0.17 | 49.25 | 0.07 | 1,358.07 |
| 6/1/20-5/31/21 | 112.00 | | | | | | | | | 186.48 | 19.04 | 0.17 | 7.84 | 0.07 | 213.36 |
| 6/1/21-5/31/22 | 768.00 | | | | | | | | | 796.60 | 130.56 | 0.17 | 53.76 | 0.07 | 980.92 |
| 6/1/22-5/31/23 | 1,314.50 | | | | | | | | | 1,014.24 | 223.47 | 0.17 | 92.02 | 0.07 | 1,329.73 |
| **FUNDS ONLY** | | | | | | | | | | | | | | | |
| 10/1/18-5/31/19 | 357.00 | 3,623.55 | 10.15 | 1,695.75 | 4.75 | 4,487.49 | 12.57 | 257.04 | 0.72 | | | | | | 10,063.83 |
| 6/1/19-5/31/20 | 703.50 | 7,140.53 | 10.15 | 3,404.94 | 4.84 | 9,574.64 | 13.61 | 633.15 | 0.90 | | | | | | 20,753.26 |
| 6/1/20-5/31/21 | 112.00 | 1,215.20 | 10.85 | 588.00 | 5.25 | 1,591.52 | 14.21 | 100.80 | 0.90 | | | | | | 3,495.52 |
| 6/1/21-5/31/22 | 774.00 | 8,746.20 | 11.30 | 4,063.50 | 5.25 | 11,385.54 | 14.71 | 696.60 | 0.90 | | | | | | 24,891.84 |
| 6/1/22-5/31/23 | 1,310.50 | 15,463.90 | 11.80 | 6,880.13 | 5.25 | 19,932.71 | 15.21 | 1,179.45 | 0.90 | | | | | | 43,456.19 |
| **SUBTOTAL** | 6,512.00 | 36,189.38 | | 16,652.32 | | 46,971.90 | | 2,867.04 | | 3,768.94 | 553.36 | | 227.86 | | 107,210.80 |
| 10% LIQUIDATED DAMAGES | | 7,237.88 | | 3,326.46 | | 9,394.38 | | 573.41 | | 376.89 | 55.34 | | 22.79 | | 20,532.13 |
| 20% LIQUIDATED DAMAGES | | | | | | | | | | | | | | | |
| AUDIT COSTS | | 1,216.51 | | 1,180.73 | | 1,180.74 | | | | | | | | | 3,577.98 |
| ACCUM. LIQUIDATED DAMAGES | | 9,389.15 | | 4,396.64 | | 12,217.43 | | 759.73 | | | 150.82 | | 62.11 | | 26,975.88 |
| ACCUM. INTEREST | | | | | | | | | | | | | | | 455.02 |
| TOTAL DUE | | 54,032.92 | | 25,536.15 | | 69,764.45 | | 4,200.18 | | 4,145.83 | 759.52 | | 312.76 | | 158,751.81 |

EXHIBIT B

12/9/25

ALLIANCE DEMOLITION SERVICES
CHLAB-1221-04561
Acct # 34763
October 1, 2018 to December 31, 2022
WITHOUT SOCIAL SECURITY NUMBERS

**Calibre CPA Group, PLLC**

Reconciliation of Differences Per Year

Chicago Laborers
Alliance Demolition Services
Case: CHLAB-1221-04561
Audit Period: 10/1/18-12/31/22
Fiscal Year End: **May**

Manager: **Sarah Paganini**
Auditor: **Reid Karris**

| Findings | Fiscal Year Ending: | May 2023 | May 2022 | May 2021 | May 2020 | May 2019 | Total |
|---|---|---|---|---|---|---|---|
| Dollars Not Reported | | 27,046.50 | 21,242.26 | 4,972.80 | 31,712.78 | 15,530.82 | 100,505.16 |
| Hours Not Reported (Funds) | | 1,310.50 | 774.00 | 112.00 | 703.50 | 357.00 | 3,257.00 |
| Hours Not Reported (Dues) | | 1,314.50 | 768.00 | 112.00 | 703.50 | 357.00 | 3,255.00 |
| | | | | | | | |
| **Dollar Amount Due** | | | | | | | |
| Welfare Fund | | 15,463.90 | 8,746.20 | 1,215.20 | 7,140.55 | 3,623.55 | 36,189.40 |
| Retiree Welfare Prefunding | | 6,880.13 | 4,063.51 | 588.00 | 3,404.94 | 1,695.75 | 16,632.33 |
| Pension Fund | | 19,932.71 | 11,385.55 | 1,591.52 | 9,574.66 | 4,487.49 | 46,971.93 |
| Training Fund | | 1,179.45 | 696.60 | 100.80 | 633.15 | 257.04 | 2,867.04 |
| LDCLMCC | | 223.47 | 130.57 | 19.04 | 119.62 | 60.69 | 553.39 |
| LECET | | 92.02 | 53.77 | 7.84 | 49.27 | 24.99 | 227.89 |
| DUES | | 1,014.24 | 796.60 | 186.48 | 1,189.22 | 582.40 | 3,768.94 |
| **Total** | | **44,785.92** | **25,872.80** | **3,708.88** | **22,111.41** | **10,731.91** | **107,210.92** |

Total Amount Due

107,210.92

Page 2

**Calibre CPA Group, PLLC**

Details Report

Local: **Chicago Laborers**
Contractor: **Alliance Demolition Services**
Case: **CHLAB-1221-04561**

Contract: **CDCA / *CDCA - Dues Only**

### Source: Hours Worked

| Employee Findings | | 06/2018 | 07/2018 | 08/2018 | 09/2018 | 10/2018 | 11/2018 | 12/2018 | 01/2019 | 02/2019 | 03/2019 | 04/2019 | 05/2019 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CASTRO, SANTIAGO | XXX-XX-XXXX | | | | | 3.00 | | | | | | 56.00 | | 59.00 |
| DIAZ, JESUS | XXX-XX-XXXX | | | | | | | | | | 23.00 | | | 23.00 |
| GUTIERREZ, JUVENAL | XXX-XX-XXXX | | | | | | | | | | | 23.00 | | 23.00 |
| HERNANDEZ JAVIER, ESL | XXX-XX-XXXX | | | | | | | | | | | 23.00 | | 23.00 |
| LOPEZ, RODRIGUEZ | XXX-XX-XXXX | | | | | | | | | | | 24.00 | | 24.00 |
| LUNA, RICARDO | XXX-XX-XXXX | | | | | | | | | | | 40.00 | | 40.00 |
| MARQUEZ LUIS | XXX-XX-XXXX | | | | | | | | | | | 32.00 | | 32.00 |
| MARTINEZ, MANUEL | XXX-XX-XXXX | | | | | | | | | | | 51.00 | | 51.00 |
| MERCADO, IRVING | XXX-XX-XXXX | | | | | | | | | | | 50.00 | | 50.00 |
| PONCE, FAUSTINO | XXX-XX-XXXX | | | | | | | | | | | 32.00 | | 32.00 |
| **Total** | | | | | | 3.00 | | | | | 23.00 | 331.00 | | 357.00 |

**Rate Table**

| | | 10/2018 | 03/2019 | 04/2019 | Total |
|---|---|---|---|---|---|
| LDC/LMCC | 0.1700 | 0.51 | 3.91 | 56.27 | 60.69 |
| LECET | 0.0700 | 0.21 | 1.61 | 23.17 | 24.99 |
| **Total** | | 0.72 | 5.52 | 79.44 | 85.68 |

### Source: Wages Paid

| Employee Findings | | 06/2018 | 07/2018 | 08/2018 | 09/2018 | 10/2018 | 11/2018 | 12/2018 | 01/2019 | 02/2019 | 03/2019 | 04/2019 | 05/2019 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CASTRO, SANTIAGO | XXX-XX-XXXX | | | | | | | | | | 1132.08 | | | 1132.08 |
| DIAZ, JESUS | XXX-XX-XXXX | | | | | | | | | | | 768.96 | | 768.96 |
| GUTIERREZ, JUVENAL | XXX-XX-XXXX | | | | | | | | | | | 1132.08 | | 1132.08 |
| HERNANDEZ JAVIER, ESL | XXX-XX-XXXX | | | | | | | | | | | 1025.28 | | 1025.28 |
| LOPEZ, RODRIGUEZ | XXX-XX-XXXX | | | | | | | | | | | 1708.80 | | 1708.80 |
| LUNA, RICARDO | XXX-XX-XXXX | | | | | | | 215.70 | | | | 1367.04 | | 1582.74 |
| MARQUEZ LUIS | XXX-XX-XXXX | | | | | | | | | | | 2071.92 | | 2071.92 |
| MARTINEZ, MANUEL | XXX-XX-XXXX | | | | | | | | | | | 2370.96 | | 2370.96 |
| MERCADO, IRVING | XXX-XX-XXXX | | | | | | | | | | | 2370.96 | | 2370.96 |
| PONCE, FAUSTINO | XXX-XX-XXXX | | | | | | | | | | | 1367.04 | | 1367.04 |
| **Total** | | | | | | | | 215.70 | | | 1132.08 | 14183.04 | | 15530.82 |

**Rate Table**

| | | 12/2018 | 03/2019 | 04/2019 | Total |
|---|---|---|---|---|---|
| Dues | 0.0375 | 8.09 | 42.45 | 531.86 | 582.40 |
| **Total** | | 8.09 | 42.45 | 531.86 | 582.40 |

Local: **Chicago Laborers**
Contractor: **Alliance Demolition Services**
Case: **CHLAB-1211-04561**

Contract: **CDCA / *CDCA - Dues Only**

# Calibre CPA Group, PLLC

## Details Report

### Source: Hours Worked

| Employee Findings | | 06/2019 | 07/2019 | 08/2019 | 09/2019 | 10/2019 | 11/2019 | 12/2019 | 01/2020 | 02/2020 | 03/2020 | 04/2020 | 05/2020 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CASTRO, SANTIAGO | xxx-xx-xxxx | 30.00 | | | 90.00 | 102.00 | | | | | | | | 222.00 |
| LOPEZ, RODRIGUEZ | xxx-xx-xxxx | 12.00 | | | 34.50 | 54.00 | | | | | | | | 100.50 |
| LUNA, RICARDO | xxx-xx-xxxx | 36.50 | | | 25.50 | 69.50 | | | | | | | | 131.50 |
| MARQUEZ, LUIS | xxx-xx-xxxx | 32.00 | | | 38.00 | 58.50 | | | | | | | | 128.50 |
| PONCE, FAUSTINO | xxx-xx-xxxx | 40.00 | | | 47.00 | 34.00 | | | | | | | | 121.00 |
| **Total** | | **150.50** | | | **235.00** | **318.00** | | | | | | | | **703.50** |

| Rate Table | | 06/2019 | 07/2019 | 08/2019 | 09/2019 | 10/2019 | 11/2019 | 12/2019 | 01/2020 | 02/2020 | 03/2020 | 04/2020 | 05/2020 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LDCLMCC | 0.1700 | 25.59 | | | 39.96 | 54.07 | | | | | | | | 119.62 |
| LECET | 0.0700 | 10.54 | | | 16.46 | 22.27 | | | | | | | | 49.27 |
| **Total** | | **36.13** | | | **56.42** | **76.34** | | | | | | | | **168.89** |

### Source: Wages Paid

| Employee Findings | | 06/2019 | 07/2019 | 08/2019 | 09/2019 | 10/2019 | 11/2019 | 12/2019 | 01/2020 | 02/2020 | 03/2020 | 04/2020 | 05/2020 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CASTRO, SANTIAGO | xxx-xx-xxxx | 1278.60 | | | 4699.90 | 4743.62 | | | | | | | | 10722.12 |
| LOPEZ, RODRIGUEZ | xxx-xx-xxxx | 512.64 | | | 1508.34 | 2360.88 | | | | | | | | 4381.86 |
| LUNA, RICARDO | xxx-xx-xxxx | 1559.28 | | 60.00 | 1114.86 | 3038.52 | | | | | | | | 5772.66 |
| MARQUEZ, LUIS | xxx-xx-xxxx | 1367.04 | | | 1661.36 | 2557.62 | | | | | | | | 5586.02 |
| PONCE, FAUSTINO | xxx-xx-xxxx | 1708.80 | | | 2054.84 | 1486.48 | | | | | | | | 5250.12 |
| **Total** | | **6426.36** | | **60.00** | **11039.30** | **14187.12** | | | | | | | | **31712.78** |

| Rate Table | | 06/2019 | 07/2019 | 08/2019 | 09/2019 | 10/2019 | 11/2019 | 12/2019 | 01/2020 | 02/2020 | 03/2020 | 04/2020 | 05/2020 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dues | 0.0375 | 240.98 | | 2.25 | 413.98 | 532.01 | | | | | | | | 1189.22 |
| **Total** | | **240.98** | | **2.25** | **413.98** | **532.01** | | | | | | | | **1189.22** |

# Calibre CPA Group, PLLC

## Details Report

Local: **Chicago Laborers**
Contractor: **Alliance Demolition Services**
Case: **CHLAB-1221-04561**

Contract: **CDCA / *CDCA - Dues Only**

### Source: Hours Worked

| Employee Findings | | 06/2020 | 07/2020 | 08/2020 | 09/2020 | 10/2020 | 11/2020 | 12/2020 | 01/2021 | 02/2021 | 03/2021 | 04/2021 | 05/2021 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LOPEZ, RODRIGUEZ | XXX-XX-XXXX | | | | 8.00 | | | | | | | | | 8.00 |
| LUNA, RICARDO | XXX-XX-XXXX | | | | 40.00 | | | | | | | | | 40.00 |
| MARQUEZ, LUIS | XXX-XX-XXXX | | | | 32.00 | | | | | | | | | 32.00 |
| PONCE, FAUSTINO | XXX-XX-XXXX | | | | 32.00 | | | | | | | | | 32.00 |
| Total | | | | | 112.00 | | | | | | | | | 112.00 |

| Rate Table | | 06/2020 | 07/2020 | 08/2020 | 09/2020 | 10/2020 | 11/2020 | 12/2020 | 01/2021 | 02/2021 | 03/2021 | 04/2021 | 05/2021 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LDCLMCC | 0.1700 | | | | 19.04 | | | | | | | | | 19.04 |
| LECET | 0.0700 | | | | 7.84 | | | | | | | | | 7.84 |
| Total | | | | | 26.88 | | | | | | | | | 26.88 |

### Source: Wages Paid

| Employee Findings | | 06/2020 | 07/2020 | 08/2020 | 09/2020 | 10/2020 | 11/2020 | 12/2020 | 01/2021 | 02/2021 | 03/2021 | 04/2021 | 05/2021 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LOPEZ, RODRIGUEZ | XXX-XX-XXXX | | | | 355.20 | | | | | | | | | 355.20 |
| LUNA, RICARDO | XXX-XX-XXXX | | | | 1776.00 | | | | | | | | | 1776.00 |
| MARQUEZ, LUIS | XXX-XX-XXXX | | | | 1420.80 | | | | | | | | | 1420.80 |
| PONCE, FAUSTINO | XXX-XX-XXXX | | | | 1420.80 | | | | | | | | | 1420.80 |
| Total | | | | | 4972.80 | | | | | | | | | 4972.80 |

| Rate Table | | 06/2020 | 07/2020 | 08/2020 | 09/2020 | 10/2020 | 11/2020 | 12/2020 | 01/2021 | 02/2021 | 03/2021 | 04/2021 | 05/2021 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dues | 0.0375 | | | | 186.48 | | | | | | | | | 186.48 |
| Total | | | | | 186.48 | | | | | | | | | 186.48 |

**Callibre CPA Group, PLLC**

Details Report

Local: **Chicago Laborers**
Contractor: **Alliance Demolition Services**
Case: **CHLAB-1221-04561**

Contract: **CDCA / 'CDCA - Dues Only**

Source: Hours Worked

| Employee Findings | | 06/2021 | 07/2021 | 08/2021 | 09/2021 | 10/2021 | 11/2021 | 12/2021 | 01/2022 | 02/2022 | 03/2022 | 04/2022 | 05/2022 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (SA) PONCE JR, FAUSTINO | xxx-xx-xxxx | | 16.00 | | | | | | | 113.00 | 146.50 | 180.00 | 160.00 | 599.50 |
| LOPEZ, RODRIGUEZ | xxx-xx-xxxx | | 40.00 | | | | | | | | | | 32.50 | 48.50 |
| LUNA, RICARDO | xxx-xx-xxxx | | 40.00 | | | | | | | 2.00 | | | | 42.00 |
| MARQUEZ, LUIS | xxx-xx-xxxx | | 38.00 | | | | | | | | | | | 38.00 |
| PONCE, FAUSTINO | xxx-xx-xxxx | | 40.00 | | | | | | | | | | | 40.00 |
| **Total** | | | **134.00** | | | | | | | **115.00** | **146.50** | **180.00** | **192.50** | **768.00** |

**Rate Table**

| | 06/2021 | 07/2021 | 08/2021 | 09/2021 | 10/2021 | 11/2021 | 12/2021 | 01/2022 | 02/2022 | 03/2022 | 04/2022 | 05/2022 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LDCLMCC | 0.1700 | | 22.78 | | | | | | | 19.55 | 24.91 | 30.60 | 32.73 | 130.57 |
| LECET | 0.0700 | | 9.38 | | | | | | | 8.05 | 10.26 | 12.60 | 13.48 | 53.77 |
| **Total** | | | **32.16** | | | | | | | **27.60** | **35.17** | **43.20** | **46.21** | **184.34** |

Source: Wages Paid

| Employee Findings | | 06/2021 | 07/2021 | 08/2021 | 09/2021 | 10/2021 | 11/2021 | 12/2021 | 01/2022 | 02/2022 | 03/2022 | 04/2022 | 05/2022 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (SA) PONCE JR, FAUSTINO | xxx-xx-xxxx | | | | | | | | | 2354.00 | 2637.00 | 3240.00 | 2880.00 | 11111.00 |
| LOPEZ, RODRIGUEZ | xxx-xx-xxxx | | 710.40 | | | 192.75 | | | | | | | 1491.75 | 2394.90 |
| LUNA, RICARDO | xxx-xx-xxxx | | 1776.00 | | | 865.50 | | | | 18.95 | | | | 2660.45 |
| MARQUEZ, LUIS | xxx-xx-xxxx | | 1776.00 | 468.51 | | 1009.50 | | | | 45.90 | | | | 3299.91 |
| PONCE, FAUSTINO | xxx-xx-xxxx | | 1776.00 | | | | | | | | | | | 1776.00 |
| **Total** | | | **6038.40** | **468.51** | | **2067.75** | | | | **2418.85** | **2637.00** | **3240.00** | **4371.75** | **21242.26** |

**Rate Table**

| | 06/2021 | 07/2021 | 08/2021 | 09/2021 | 10/2021 | 11/2021 | 12/2021 | 01/2022 | 02/2022 | 03/2022 | 04/2022 | 05/2022 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dues | 0.0375 | | 226.44 | 17.57 | | 77.55 | | | | 90.71 | 98.89 | 121.50 | 163.94 | 796.60 |
| **Total** | | | **226.44** | **17.57** | | **77.55** | | | | **90.71** | **98.89** | **121.50** | **163.94** | **796.60** |

# Callbre CPA Group, PLLC

## Details Report

Local: **Chicago Laborers**
Contractor: **Alliance Demolition Services**
Case: **CHLAB-1221-04561**

Contract: **CDCA / *CDCA - Dues Only**

### Source: Hours Worked

| Employee Findings | | 06/2022 | 07/2022 | 08/2022 | 09/2022 | 10/2022 | 11/2022 | 12/2022 | 01/2023 | 02/2023 | 03/2023 | 04/2023 | 05/2023 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (SA) PONCE JR, FAUSTINO | xxx-xx-xxxx | 152.00 | 194.00 | 160.00 | 160.00 | 200.00 | 136.00 | 178.00 | | | | | | 1180.00 |
| LOPEZ, RODRIGUEZ | xxx-xx-xxxx | 74.50 | | 40.00 | 4.00 | | | | | | | | | 118.50 |
| LUNA, RICARDO | xxx-xx-xxxx | | | 4.00 | 4.00 | 2.00 | | | | | | | | 6.00 |
| MARQUEZ, LUIS | xxx-xx-xxxx | | | 4.00 | 4.00 | 2.00 | | | | | | | | 10.00 |
| **Total** | | **226.50** | **194.00** | **204.00** | **172.00** | **204.00** | **136.00** | **178.00** | | | | | | **1314.50** |

| Rate Table | | 06/2022 | 07/2022 | 08/2022 | 09/2022 | 10/2022 | 11/2022 | 12/2022 | 01/2023 | 02/2023 | 03/2023 | 04/2023 | 05/2023 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LDCLMCC | 0.1700 | 38.51 | 32.98 | 34.68 | 29.24 | 34.68 | 23.12 | 30.26 | | | | | | 223.47 |
| LECET | 0.0700 | 15.86 | 13.58 | 14.28 | 12.04 | 14.28 | 9.52 | 12.46 | | | | | | 92.02 |
| **Total** | | 54.37 | 46.56 | 48.96 | 41.28 | 48.96 | 32.64 | 42.72 | | | | | | 315.49 |

### Source: Wages Paid

| Employee Findings | | 06/2022 | 07/2022 | 08/2022 | 09/2022 | 10/2022 | 11/2022 | 12/2022 | 01/2023 | 02/2023 | 03/2023 | 04/2023 | 05/2023 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (SA) PONCE JR, FAUSTINO | xxx-xx-xxxx | 2736.00 | 3492.00 | 2880.00 | 2880.00 | 3600.00 | 2448.00 | 3204.00 | | | | | | 21240.00 |
| LOPEZ, RODRIGUEZ | xxx-xx-xxxx | 3531.30 | | 1996.00 | | | | | | | | | | 5427.30 |
| LUNA, RICARDO | xxx-xx-xxxx | | | | | 189.60 | | | | | | | | 189.60 |
| MARQUEZ, LUIS | xxx-xx-xxxx | | | | | 189.60 | | | | | | | | 189.60 |
| **Total** | | **6267.30** | **3492.00** | **4776.00** | **2880.00** | **3979.20** | **2448.00** | **3204.00** | | | | | | **27046.50** |

| Rate Table | | 06/2022 | 07/2022 | 08/2022 | 09/2022 | 10/2022 | 11/2022 | 12/2022 | 01/2023 | 02/2023 | 03/2023 | 04/2023 | 05/2023 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dues | 0.0375 | 235.02 | 130.95 | 179.10 | 108.00 | 149.22 | 91.80 | 120.15 | | | | | | 1014.24 |
| **Total** | | 235.02 | 130.95 | 179.10 | 108.00 | 149.22 | 91.80 | 120.15 | | | | | | 1014.24 |

**Calibre CPA Group, PLLC**

Details Report

Source: Hours Worked

Local: Chicago Laborers
Contractor: Alliance Demolition Services
Case: CHLAB-1221-04561

Contract: CDCA / *CDCA - Funds Only

| Employee Findings | | 06/2018 | 07/2018 | 08/2018 | 09/2018 | 10/2018 | 11/2018 | 12/2018 | 01/2019 | 02/2019 | 03/2019 | 04/2019 | 05/2019 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CASTRO, SANTIAGO | xxx-xx-xxxx | | | | | 3.00 | | | | | | 56.00 | | 59.00 |
| DIAZ, JESUS | xxx-xx-xxxx | | | | | | | | | | 23.00 | | | 23.00 |
| GUTIERREZ, JUVENAL | xxx-xx-xxxx | | | | | | | | | | | 23.00 | | 23.00 |
| HERNANDEZ JAVIER, ESL | xxx-xx-xxxx | | | | | | | | | | | 23.00 | | 23.00 |
| LOPEZ, RODRIGUEZ | xxx-xx-xxxx | | | | | | | | | | | 24.00 | | 24.00 |
| LUNA, RICARDO | xxx-xx-xxxx | | | | | | | | | | | 40.00 | | 40.00 |
| MARQUEZ, LUIS | xxx-xx-xxxx | | | | | | | | | | | 32.00 | | 32.00 |
| MARTINEZ, MANUEL | xxx-xx-xxxx | | | | | | | | | | | 51.00 | | 51.00 |
| MERCADO, IRVING | xxx-xx-xxxx | | | | | | | | | | | 50.00 | | 50.00 |
| PONCE, FAUSTINO | xxx-xx-xxxx | | | | | | | | | | | 32.00 | | 32.00 |
| **Total** | | | | | | 3.00 | | | | | 23.00 | 331.00 | | 357.00 |

**Rate Table**

| | Rate | | | | | 03/2019 | 04/2019 | | Total |
|---|---|---|---|---|---|---|---|---|---|
| Welfare Fund | 10.1500 | | | | | 233.45 | 3359.65 | | 3623.55 |
| Retiree Welfare Prefunding | 4.7500 | | | | | 109.25 | 1572.25 | | 1695.75 |
| Pension Fund | 12.5700 | | | | | 289.11 | 4160.67 | | 4487.49 |
| Training Fund | 0.7200 | | | | | 16.56 | 238.32 | | 257.04 |
| **Total** | | | | | | 648.37 | 9330.89 | | 10063.83 |

Page 8

# Calibre CPA Group, PLLC

## Details Report

Local: **Chicago Laborers**
Contractor: **Alliance Demolition Services**
Case: **CHLAB-1221-04561**

Contract: **CDCA / *CDCA - Funds Only**

Source: Hours Worked

| Employee Findings | | 06/2019 | 07/2019 | 08/2019 | 09/2019 | 10/2019 | 11/2019 | 12/2019 | 01/2020 | 02/2020 | 03/2020 | 04/2020 | 05/2020 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CASTRO, SANTIAGO | XXX-XX-XXXX | 30.00 | | | 90.00 | 102.00 | | | | | | | | 222.00 |
| LOPEZ, RODRIGUEZ | XXX-XX-XXXX | 12.00 | | | 34.50 | 54.00 | | | | | | | | 100.50 |
| LUNA, RICARDO | XXX-XX-XXXX | 36.50 | | | 25.50 | 69.50 | | | | | | | | 131.50 |
| MARQUEZ, LUIS | XXX-XX-XXXX | 32.00 | | | 38.00 | 58.50 | | | | | | | | 128.50 |
| PONCE, FAUSTINO | XXX-XX-XXXX | 40.00 | | | 47.00 | 34.00 | | | | | | | | 121.00 |
| **Total** | | **150.50** | | | **235.00** | **318.00** | | | | | | | | **703.50** |

| Rate Table | | 06/2019 | 07/2019 | 08/2019 | 09/2019 | 10/2019 | 11/2019 | 12/2019 | 01/2020 | 02/2020 | 03/2020 | 04/2020 | 05/2020 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Welfare Fund | 10.1500 | 1527.58 | | | 2385.26 | 3227.71 | | | | | | | | 7140.55 |
| Retiree Welfare Prefunding | 4.8400 | 728.42 | | | 1137.40 | 1539.12 | | | | | | | | 3404.94 |
| Pension Fund | 13.6100 | 2048.31 | | | 3198.36 | 4327.99 | | | | | | | | 9574.66 |
| Training Fund | 0.9000 | 135.45 | | | 211.50 | 286.20 | | | | | | | | 633.15 |
| **Total** | | **4439.76** | | | **6932.52** | **9381.02** | | | | | | | | **20753.30** |

Page 9

# Calibre CPA Group, PLLC

**Details Report**

Local: **Chicago Laborers**
Contractor: **Alliance Demolition Services**
Case: **CHLAB-1221-04561**

Contract: **CDCA / *CDCA - Funds Only**

Source: Hours Worked

| Employee Findings | | 06/2020 | 07/2020 | 08/2020 | 09/2020 | 10/2020 | 11/2020 | 12/2020 | 01/2021 | 02/2021 | 03/2021 | 04/2021 | 05/2021 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LOPEZ, RODRIGUEZ | xxx-xx-xxxx | | | | 8.00 | | | | | | | | | 8.00 |
| LUNA, RICARDO | xxx-xx-xxxx | | | | 40.00 | | | | | | | | | 40.00 |
| MARQUEZ, LUIS | xxx-xx-xxxx | | | | 32.00 | | | | | | | | | 32.00 |
| PONCE, FAUSTINO | xxx-xx-xxxx | | | | 32.00 | | | | | | | | | 32.00 |
| **Total** | | | | | **112.00** | | | | | | | | | **112.00** |

**Rate Table**

| | | 06/2020 | 07/2020 | 08/2020 | 09/2020 | 10/2020 | 11/2020 | 12/2020 | 01/2021 | 02/2021 | 03/2021 | 04/2021 | 05/2021 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Welfare Fund | 10.8500 | | | | 1215.20 | | | | | | | | | 1215.20 |
| Retiree Welfare Prefunding | 5.2500 | | | | 588.00 | | | | | | | | | 588.00 |
| Pension Fund | 14.2100 | | | | 1591.52 | | | | | | | | | 1591.52 |
| Training Fund | 0.9000 | | | | 100.80 | | | | | | | | | 100.80 |
| **Total** | | | | | 3495.52 | | | | | | | | | 3495.52 |

**Calibre CPA Group, PLLC**

Details Report

Local: **Chicago Laborers**
Contractor: **Alliance Demolition Services**
Case: **CHLAB-1221-04561**

Contract: **CDCA / *CDCA - Funds Only**

Source: Hours Worked

| Employee Findings | | 06/2021 | 07/2021 | 08/2021 | 09/2021 | 10/2021 | 11/2021 | 12/2021 | 01/2022 | 02/2022 | 03/2022 | 04/2022 | 05/2022 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (SA) PONCE JR, FAUSTINO | xxx-xx-xxxx | | | | | | | | | 113.00 | 146.50 | 180.00 | 160.00 | 599.50 |
| LOPEZ, RODRIGUEZ | xxx-xx-xxxx | | 16.00 | | | | | | 2.00 | | | | 32.50 | 50.50 |
| LUNA, RICARDO | xxx-xx-xxxx | | 40.00 | | | | | | | 4.00 | | | | 44.00 |
| MARQUEZ, LUIS | xxx-xx-xxxx | | 38.00 | | | | | | | 2.00 | | | | 40.00 |
| PONCE, FAUSTINO | xxx-xx-xxxx | | 40.00 | | | | | | | | | | | 40.00 |
| **Total** | | | **134.00** | | | | | | **2.00** | **119.00** | **146.50** | **180.00** | **192.50** | **774.00** |

**Rate Table**

| | | | | | | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Welfare Fund | 11.3000 | | 1514.20 | | | | | | | 22.60 | 1344.70 | 1655.45 | 2034.00 | 2175.25 | 8746.20 |
| Retiree Welfare Prefunding | 5.2500 | | 703.50 | | | | | | | 10.50 | 624.75 | 769.13 | 945.00 | 1010.63 | 4063.51 |
| Pension Fund | 14.7100 | | 1971.14 | | | | | | | 29.42 | 1750.49 | 2155.02 | 2647.80 | 2831.68 | 11385.55 |
| Training Fund | 0.9000 | | 120.60 | | | | | | | 1.80 | 107.10 | 131.85 | 162.00 | 173.25 | 696.60 |
| **Total** | | | **4309.44** | | | | | | | **64.32** | **3827.04** | **4711.45** | **5788.80** | **6190.81** | **24891.86** |

Page 11

**Calibre CPA Group, PLLC**

Details Report

Local: Chicago Laborers
Contractor: Alliance Demolition Services
Case: CHLAB-1211-04561

Contract: CDCA / *CDCA - Funds Only

Source: Hours Worked

## Employee Findings

| | | 06/2022 | 07/2022 | 08/2022 | 09/2022 | 10/2022 | 11/2022 | 12/2022 | 01/2023 | 02/2023 | 03/2023 | 04/2023 | 05/2023 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (SA) PONCE JR, FAUSTINO | XXX-XX-XXXX | 152.00 | 194.00 | 160.00 | 160.00 | 200.00 | 136.00 | 178.00 | | | | | | 1180.00 |
| LOPEZ, RODRIGUEZ | XXX-XX-XXXX | 74.50 | | 40.00 | 4.00 | | | | | | | | | 118.50 |
| LUNA, RICARDO | XXX-XX-XXXX | | | | 4.00 | 2.00 | | | | | | | | 6.00 |
| MARQUEZ, LUIS | XXX-XX-XXXX | | | | 4.00 | 2.00 | | | | | | | | 6.00 |
| **Total** | | 226.50 | 194.00 | 200.00 | 172.00 | 204.00 | 136.00 | 178.00 | | | | | | 1310.50 |

## Rate Table

| | | 06/2022 | 07/2022 | 08/2022 | 09/2022 | 10/2022 | 11/2022 | 12/2022 | 01/2023 | 02/2023 | 03/2023 | 04/2023 | 05/2023 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Welfare Fund | 11.8000 | 2672.70 | 2289.20 | 2360.00 | 2029.60 | 2407.20 | 1604.80 | 2100.40 | | | | | | 15463.90 |
| Retiree Welfare Prefunding | 5.2500 | 1189.13 | 1018.50 | 1050.00 | 903.00 | 1071.00 | 714.00 | 934.50 | | | | | | 6880.13 |
| Pension Fund | 15.2100 | 3445.07 | 2950.74 | 3042.00 | 2616.12 | 3102.84 | 2068.56 | 2707.38 | | | | | | 19932.71 |
| Training Fund | 0.9000 | 203.85 | 174.60 | 180.00 | 154.80 | 183.60 | 122.40 | 160.20 | | | | | | 1179.45 |
| **Total** | | 7510.75 | 6433.04 | 6632.00 | 5703.52 | 6764.64 | 4509.76 | 5902.48 | | | | | | 43456.19 |